# IN THE UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | | |
|---|---|---|
| **SYBIL PITTS** | : | Case No.:  1:22-cv-00171 |
| | : | |
| Plaintiff, | : | Magistrate Judge Stephanie K. Bowman |
| | : | |
| v. | : | |
| | : | **ORDER GRANTING JOINT MOTION** |
| **DEVOTED HELPING HANDS, LLC,** | : | **FOR APPROVAL OF SETTLEMENT** |
| et al. | : | **AGREEMENT** |
| | : | |
| Defendants. | : | |

The parties to the above-captioned matter filed a Joint Motion for Approval of Settlement Agreement (doc. 14).  Having considered the Motion and reviewed the settlement agreement, this Court finds that the settlement is fair and reasonable.  The settlement is hereby APPROVED, and Defendants are ordered to make payment within thirty (30) days of the Court's entry of this Order.

Therefore, it is ordered that the above-captioned matter is dismissed with prejudice.  The Court shall retain jurisdiction to enforce the terms of the settlement.

IT IS SO ORDERED.

Date:  7/28/2022             *s/Stephanie K. Bowman*
                             Stephanie K. Bowman
                             United States Magistrate Judge

Have seen and agree:

| | |
|---|---|
| /s/ Robb S. Stokar | /s/ David A. Eberly * |
| Robb S. Stokar (0091330) | David A. Eberly (0067007) |
| Minnillo Law Group Co., LPA | Eberly McMahon Copetas LLC |
| 2712 Observatory Avenue | 2245 Gilbert Ave., Suite 101 |
| Cincinnati, OH  45208 | Cincinnati, OH  45206 |
| Tel:  (513) 723-1600 | Tel:  (513) 533-1151 |
| Fax: (513) 723-1620 | Fax: (513) 533-3554 |
| rss@mlg-lpa.com | deberly@emclawyers.com |
| *Attorney for Plaintiff* | *Attorney for Defendants* |
| | * per email auth. 07/19/22 |